UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | Civil Action No. 7: 08-7054-DCR |
| | ) | Criminal Action No. 7: 06-29-SSS-DCR |
| V. | ) | |
| | ) | |
| ELIO LOPEZ | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Petitioner/Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Edward B. Atkins issued August 24, 2010. [Record No. 740] The R&R recommends that the Petitioner's motion to vacate, set aside, or correct his sentence [Record Nos. 653 and 704] be denied. Having considered this matter, the Court will adopt the Magistrate Judge's R&R and dismiss Petitioner Lopez's petition.

While this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008); *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record

and having made a *de novo* determination, the Court agrees with the Magistrate Judge's recommendations concerning disposition of the petition. Accordingly, it is hereby

**ORDERED** as follows:

1.      The Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 740] is **ADOPTED** and **INCORPORATED** by reference.

2.      The motions to vacate, set aside, or correct Petitioner Elio Lopez's Sentence [Record Nos. 653 and 704] are **DENIED** and this matter is **DISMISSED** from the Court's docket.

This 14th day of September, 2010.

Signed By:

*Danny C. Reeves* DCR

United States District Judge